1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, 9th Floor
       San Francisco, CA 94102
7      Telephone: 415.436.7324
       Facsimile:  415.436.6748
8      Email: susan.b.gray@usdoj.gov

9  Attorneys for United States of America

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,              )   No. CV 08 3080
                                           )
13               Plaintiff,                )
                                           )
14        v.                               )   PUBLIC NOTICE OF FORFEITURE
                                           )   ACTION
15  1.  REAL PROPERTY AND IMPROVEMENTS     )
        LOCATED AT 15000 BRICELAND THORN   )
16      ROAD, WHITEHORN, CALIFORNIA,       )
        HUMBOLDT COUNTY, APN 215-172-045;  )
17                                         )
    2.  REAL PROPERTY AND IMPROVEMENTS     )
18      LOCATED AT 441 PAR AVENUE,         )
        REDWAY, CALIFORNIA, HUMBOLDT       )
19      COUNTY, APN 077-221-006;           )
                                           )
20  3.  REAL PROPERTY AND IMPROVEMENTS     )
        LOCATED AT 488 EEL RIVER LANE,     )
21      REDWAY, CALIFORNIA, HUMBOLDT       )
        COUNTY, APN 077-092-011; and       )
22                                         )
    4.  REAL PROPERTY AND                  )
23      IMPROVEMENTS LOCATED AT 3602       )
        THOMAS ROAD, MIRANDA, CALIFORNIA,  )
24      HUMBOLDT COUNTY, APNs 221-091-021  )
        and 221-091-023,                   )
25                                         )
                 Defendants.               )
26  _____)

27      A civil complaint seeking forfeiture pursuant to Title 21, United States Code, Section

28  § 881(a)(7) was filed on June 25, 2008 in the United States District Court for the Northern

1. District of California by the United States of America, plaintiff, against the *in rem* defendant
2. parcels of real property and improvements ("real properties").
3. In order to contest forfeiture of the *in rem* defendant real properties, any person who asserts
4. an interest in or right against the real properties must file a verified statement identifying the
5. interest or right within 35 days after the date of service of the complaint in accordance with Rule
6. G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within
7. 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.
8. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule
9. 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
10. An agent, bailee or attorney must state the authority to file a statement of interest or right
11. against the property on behalf of another.
12. Statements of interest and answers should be filed with the Office of the Clerk, United States
13. District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San
14. Francisco, California 94102, and copies should be served on Susan B. Gray, Assistant United
15. States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 6/25/08

SUSAN B. GRAY
Assistant United States Attorney