ISMAIL RAMSEY (Bar No. 189820)
izzy@ramsey-ehrlich.com
FELICIA GROSS (Bar No. 231909)
felicia@ramsey-ehrlich.com
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600 (Tel)
(510) 291-3060 (Fax)

Attorneys for Claimant Alishia Stone

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CASE NO.: CV-08-3080 EMC

UNITED STATES OF AMERICA,

    PLAINTIFF,

    v.

REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITEHORN, CALIFORNIA, HUMBULDT COUNTY, APNs 221-091-021 AND 221-091-023 ET AL.,

    DEFENDANTS.

**NOTICE OF APPEARANCE OF COUNSEL**

NOTICE OF APPEARANCE

Notice is hereby given that Ismail Ramsey is appearing as counsel for claimant ALISHIA STONE, along with Felicia Gross of Ramsey & Ehrlich LLP in the above-entitled action. All further notice and copies of pleadings, papers, and other materials relevant to this action shall be served upon the following:

> Ismail Ramsey
> izzy@ramsey-ehrlich.com
> Felicia Gross
> felicia@ramsey-ehrlich.com
> RAMSEY & EHRLICH LLP
> 803 Hearst Avenue
> Berkeley, CA 94710
> (510) 548-3600 (Tel)
> (510) 291-3060 (Fax)

DATED: July 17, 2008                     RAMSEY & EHRLICH LLP


\_\_\_//s// Ismail Ramsey\_\_\_
Ismail Ramsey
Felicia Gross

Attorneys for Claimant Alishia Stone

NOTICE OF APPEARANCE