ISMAIL RAMSEY (CA BAR #189820)
RAMSEY & EHRLICH LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 548-3600
(510) 291-3060 (FAX)
izzy@ramsey-ehrlich.com

Attorney for Claimant Alishia Stone

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3602 THOMAS ROAD, MIRANDA, CALIFORNIA, HUMBOLDT COUNTY, APNs 221-091-021 and 221-091-023,<br><br>    Defendant | Case No.: CV 08 – 3080 EMC<br><br>VERIFIED CLAIM OF INTEREST IN REAL PROPERTY |

Under Rule G(5)(a) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, I, Alishia Stone, declare that I am titleholder to the property which is the subject of the above-captioned civil forfeiture action, namely REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3602 THOMAS ROAD, MIRANDA, CALIFORNIA, HUMBOLDT COUNTY,

APNs 221-091-021 and 221-091-023, and thus have an interest in the property.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 17, 2008                    Executed by,

                                        *(signature)*
                                        Alishia Stone