```
STEPHEN F. JOHNSON, SBN 205244
MANNON, KING AND JOHNSON
200 North School Street, Suite 304
Post Office Box 419
Ukiah, California 95482
Telephone: (707) 468-9151
Facsimile:  (707) 468-0284

Attorneys for Claimants
Gary R. Button and Wendy Anne Fetzer
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3602 THOMAS ROAD, MIRANDA CALIFORNIA, HUMBOLDT COUNTY, APNs 221-091-021 and 221-091-023<br><br>            Defendant. | Case No. CV 08-3080 EMC<br><br>NOTICE OF APPEARANCE |

Stephen F. Johnson, hereby sets forth his appearance as counsel for Claimants Gary R. Button and Wendy Anne Fetzer in the above-entitled action. Counsel's mailing address and telephone information is set forth above.

Dated: July 28, 2008

                                                                /s/ Stephen F. Johnson

Stephen F. Johnson, Esq.
Attorney for Claimants
Gary R. Button and
Wendy Anne Fetzer

Notice of Appearance                                  1

# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Mendocino, State of California, where this service occurs. I am over the age of eighteen years and not a party to the within action. My business address is Law Office of Mannon, King and Johnson, Post Office Box 419, Ukiah, California 95482.

On **July 28, 2008** I served the attached foregoing document, namely, Notice of Appearance on the individual(s) listed below:

**X** (BY MAIL) I mailed the document(s) listed above, with prepaid postage thereon, by placing them in the U.S. mail at Ukiah, California.

___ (BY FAX) by transmitting the document(s) listed above via facsimile from (707)468-0284

___ (BY OVERNIGHT DELIVERY) I forwarded the document(s) listed above via prepaid Federal Express delivery from Ukiah, California.

___ (BY PERSONAL SERVICE) I personally hand-delivered the document(s) listed above to the individuals whose name and addresses are set forth below.

**AUSA Susan B. Gray**
**United States Attorney's Office**
**Northern District of California**
**450 Golden Gate Avenue, 10th Fl, Box 36055**
**San Francisco, CA 954102**

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on **July 28, 2008**, in Ukiah, California.

Gretchen Anderson
Legal Assistant