STEPHEN F. JOHNSON, SBN 205244
MANNON, KING AND JOHNSON
200 North School Street, Suite 304
Post Office Box 419
Ukiah, California 95482
Telephone: (707) 468-9151
Facsimile: (707) 468-0284

Attorneys for Claimants
Gary R. Button and Wendy Anne Fetzer

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED at 3602 THOMAS ROAD MIRANDA, CALIFORNIA, HUMBOLDT COUNTY, APNs 221-091-021 and 221-091-023<br><br>Defendant. | Case No. CV 08-3080 EMC<br><br>VERIFIED STATEMENT OF INTEREST IN REAL PROPERTY |

Pursuant to 18 U.S.C. §983(a)(4)(A) and pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Gary R. Button and Wendy Anne Fetzer herein asserts their right to defend against the above-referenced action. Claimants Gary R. Button and Wendy Anne Fetzer have a legal interest in the defendant "Real Property" identified as Humboldt County parcel numbers APN 221-091-021, APN 221-091-023 as they are the beneficiaries of a deed of trust recorded against the Real Property.

Dated: July 28, 2008

_____
Stephen F. Johnson, Esq.
Attorney for Claimants
Gary R. Button and
Wendy Anne Fetzer

verified statement of
interest in real property                                1

## VERIFICATION

UNITED STATES V. REAL PROPERTY HUMBOLDT COUNTY
APN 215-172-045, et al. Case No. CV 08-3080 EMC

I, Wendy Anne Fetzer declare as follows:

I have read the foregoing Verified Statement of Interest of Real Property and know the contents thereof. The contents of said Statement are true of my own knowledge, except as to those matters which are stated therein upon my information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this Verification was executed this 24th day of July, 2008 at Ukiah, California.

*Wendy Anne Fetzer* [signature]

Wendy Anne Fetzer

verified statement of
interest in real property                    2

# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Mendocino, State of California, where this service occurs. I am over the age of eighteen years and not a party to the within action. My business address is Law Office of Mannon, King and Johnson, Post Office Box 419, Ukiah, California 95482.

On **July 28, 2008** I served the attached foregoing document, namely, Verified Statement of Interest in Real Property on the individual(s) listed below:

**X** (BY MAIL) I mailed the document(s) listed above, with prepaid postage thereon, by placing them in the U.S. mail at Ukiah, California.

___ (BY FAX) by transmitting the document(s) listed above via facsimile from (707)468-0284

___ (BY OVERNIGHT DELIVERY) I forwarded the document(s) listed above via prepaid Federal Express delivery from Ukiah, California.

___ (BY PERSONAL SERVICE) I personally hand-delivered the document(s) listed above to the individuals whose name and addresses are set forth below.

**AUSA Susan B. Gray**
**United States Attorney's Office**
**Northern District of California**
**450 Golden Gate Avenue, 10th Fl, Box 36055**
**San Francisco, CA 954102**

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on **July 28, 2008**, in Ukiah, California.

Gretchen Anderson
Legal Assistant