Eugene C. Denson, CSB 202415
POB 158
Alderpoint, Ca 95511
Phone: 707-923-4764
Fax: 707-926-5250
edenson@asis.com

Attorney for Claimants
FOWLER FAMILY TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 441 PAR AVENUE, REDWAY CALIFORNIA, HUMBOLDT COUNTY, APN 077-221-996<br><br>Defendants. | Case No:,   CV 08-3080 EMC<br><br>VERIFIED STATEMENT OF INTEREST IN REAL PROPERTY |

Pursuant to 18 U.S.C. §983(a)(4)(A) and pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, THE FOWLER FAMILY TRUST herein asserts his right to defend against the above-referenced action. Claimant FOWLER FAMILY TRUST has a legal interest in the defendant Real Property identified as Humboldt County parcel number APN 077-221-996 (441 Par Avenue, Redway, California) as it is the owner of record of the defendant property.

Dated: August 10, 2008

Respectfully submitted,

*Eugene C Denson* (signature)

EUGENE C. DENSON
Attorney for Claimant Fowler Family Trust

VERIFIED STATEMENT OF INTEREST
IN REAL PROPERTY

**VERIFICATION**

UNITED STATES v. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 441 PAR AVENUE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY, APN 077-221-006
Case No. CV 08-3080 EMC

I, Sydell Fowler, on behalf of the Fowler Family Trust, declare as follows:

I have read the foregoing Verified Statement of Interest of Real Property and know the contents thereof. The contents of said Statement are true of my own knowledge, except as to those matters which are stated therein upon my information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct, and that this Verification was executed this _10_ day of August 2008 at _Redway_ California.

_____
SYDELL FOWLER
FOR THE FOWLER FAMILY TRUST

VERIFIED STATEMENT OF INTEREST
IN REAL PROPERTY