1  Eugene C. Denson, CSB 202415
   POB 158
2  Alderpoint, Ca 95511
   Phone: 707-923-4764
3  Fax: 707-926-5250
4  edenson@asis.com

5  Attorney for Claimants
   SYD & BARBARA GREEN
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | Case No:,   CV 08-3080 EMC
12 |                                         |
   |         Plaintiff,                      |
13 |                                         | VERIFIED STATEMENT OF INTEREST
   | v.                                      | IN REAL PROPERTY
14 |                                         |
   | REAL PROPERTY AND IMPROVEMENTS          |
15 | LOCATED AT 1500 BRICELAND THORN ROAD,   |
   | WHITETHORN CALIFORNIA, HUMBOLDT         |
16 | COUNTY, APN 215-172-045                 |
17 |         Defendants.                     |

18

19     Pursuant to 18 U.S.C. §983(a)(4)(A) and pursuant to Rule C of the Supplemental Rules

20 for Certain Admiralty and Maritime Claims, SYD & BARBARA GREEN herein asserts their

21 right to defend against the above-referenced action. Claimants SYD & BARBARA GREEN have

22 a legal interest in the defendant Real Property identified as Humboldt County parcel number

23 APN 215-172-045 (1500 BRICELAND THORN ROAD, WHITETHORN, California) as they

24 are the owner of record of the defendant property.

25

26 Dated: August 10, 2008                     Respectfully submitted,

27                                            *Eugene C. Denson* (signature)
28                                            EUGENE C. DENSON
                                              Attorney for Claimant GREENS

VERIFIED STATEMENT OF INTEREST
IN REAL PROPERTY

## VERIFICATION

UNITED STATES v. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 1500 BRICELAND THORN ROAD, WHITETHORN CALIFORNIA, HUMBOLDT COUNTY, APN 215-172-045

Case No. CV 08-3080 EMC

We, Syd and Barbara Green, declare as follows:

I have read the foregoing Verified Statement of Interest of Real Property and know the contents thereof. The contents of said Statement are true of our own knowledge, except as to those matters which are stated therein upon our information and belief, and as to those matters, we believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct, and that this Verification was executed this _11_ day of August 2008 at _Eureka_ California.

_____
SYD GREEN

_____
BARBARA GREEN

VERIFIED STATEMENT OF INTEREST
IN REAL PROPERTY