JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile: 415.436.6748
Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITETHORN, CALIFORNIA, HUMBOLDT COUNTY APN: 215-172-045;

2. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 441 PAR AVENUE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY APN: 077-221-006;

3. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 448 EEL RIVER LANE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY APN: 077-092-011; and

4. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3602 THOMAS ROAD, MIRANDA, CALIFORNIA, HUMBOLDT COUNTY APNs: 221-091-021 and 221-091-023;

Defendants.

No. CV 08-3080 EMC

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 12, 2008

/S/
SUSAN B. GRAY
Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of :

- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

to be served via U.S. mail upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Robert Juan
PO Box 597
Whitethorn, CA 95589

James Bustamante, Esq.
Bustamante, Gilg, et. al.
809 Montgomery St., 2nd floor
San Francisco, CA, 94133
(Attorney for Donovan & Lynn Henry)

Robert Gary Butler
488 Eel River Lane
Redway, CA 95560

Redwood Trust Deed Services, Inc.
1260 N. Dutton Avenue, Suite 185
Santa Rosa, CA 95401

Barry Meyer, Esq.
131 Stoney Circle
Santa Rosa, CA 95401-9522
(Attorney for Mendocino Clearwater Corporation)

Barry Meyer, Esq.
131 Stoney Circle
Santa Rosa, CA 95401-9522
(Attorney for John & Judith Brown)

D.G. and Sydell Fowler
441 Par Avenue
Redway, CA 95560

Kenneth Barton & Gladys La June Swinnock
515 Hilltop Dr
Rio Dell, CA 95562-1413

and to be served via electronic mail upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Eugene Cowan Denson, Esq.
P.O. Box 158
Alderpoint , CA 95511
(Attorney for Syd & Barbara Green)

Eugene Cowan Denson, Esq.
P.O. Box 158
Alderpoint , CA 95511
(Attorney for Fowler Family Trust)

Ismail Jomo Ramsey
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley , CA 94710
(Attorney for Alisha Stone)

Stephen Johnson, Esq.
200 N. School Street, #304
Ukiah, CA 95482
(Attorney for Selzer Home Loans)

Stephen Johnson, Esq.
200 N. School Street, #304
Ukiah, CA 95482
(Attorney for Gary Button and Wendy Ann Fetzer)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of August, 2008, at San Francisco, California.

Dated: August 12, 2008 /S/
ALICIA CHIN
Paralegal/ AFU