Eugene C. Denson, CSB 202415
POB 158
Alderpoint, Ca 95511
Phone: 707-923-4764
Fax: 707-926-5250
edenson@asis.com

Attorney for Claimants
SYD & BARBARA GREEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN RD, WHITETHORN CALIFORNIA, HUMBOLDT COUNTY, APN 215-172-045<br>Defendants. | Case No:   CV 08-3080 EMC<br><br>NOTICE OF APPEARANCE OF COUNSEL |

Eugene C. Denson hereby sets forth his appearance as counsel for Claimants Syd and Barbara Green in the above-entitled action. All further notice and copies of pleadings, papers, and other materials relevant to this action shall be served upon Counsel at the mailing or e-mail address indicated above. Counsel's telephone and fax are also above.

Dated: August 12, 2008

EUGENE C. DENSON
Attorney for Claimant GREENS

**PROOF OF SERVICE**

I am a citizen of the United States of America and am employed in the County of Humboldt, State of California, where this service occurs. I am over the age of 18 and not a party to the within action. My business address is Law Office of Eugene C. Denson, POB 158, Alderpoint, Ca 95511.

On **August 12, 2008** I served the attached foregoing document, namely, Notice of Appearance, on the individual (s) listed below:

\_\_X\_\_    (BY MAIL) I mailed the document(s) listed above, with prepaid postage thereon, by placing them in the U.S. Mail at Ukiah, California.

> AUSA Susan B. Gray
> **United States Attorney's Office**
> **Northern District of California**
> 450 Golden Gate Avenue, 10th Floor, Box 36055
> San Francisco, Ca 94102

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on **AUGUST 12, 2008**, in Alderpoint, California.

_____
Montgomery Calderwood
Legal Assistant.