Eugene C. Denson,  CSB 202415
POB 158
Alderpoint, Ca 95511
Phone: 707-923-4764
Fax: 707-926-5250
edenson@asis.com

Attorney for Claimants
FOWLER FAMILY TRUST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 441 PAR AVENUE, REDWAY CALIFORNIA, HUMBOLDT COUNTY, APN 077-221-996<br><br>　　　　Defendants. | Case No:,    CV 08-3080 EMC<br><br>NOTICE OF APPEARANCE<br> OF COUNSEL |

　　　Eugene C. Denson hereby sets forth his appearance as counsel for Claimant FOWLER FAMILY TRUST in the above-entitled action.  All further notice and copies of pleadings, papers, and other materials relevant to this action shall be served upon Counsel at the mailing or e-mail address indicated above. Counsel's telephone and fax are also above.

Dated: August 12, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　EUGENE C. DENSON
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Claimant Fowler Family Trust

**PROOF OF SERVICE**

I am a citizen of the United States of America and am employed in the County of Humboldt, State of California, where this service occurs. I am over the age of 18 and not a party to the within action. My business address is Law Office of Eugene C. Denson, POB 158, Alderpoint, Ca 95511.

On **August 12, 2008** I served the attached foregoing document, namely, Notice of Appearance, on the individual (s) listed below:

____X__    (BY MAIL) I mailed the document(s) listed above, with prepaid postage thereon, by placing them in the U.S. Mail at Alderpoint, California.

    **AUSA Susan B. Gray**
    **United States Attorney's Office**
    **Northern District of California**
    **450 Golden Gate Avenue, 10th Floor, Box 36055**
    **San Francisco, Ca 94102**

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on **AUGUST 12, 2008**, in Alderpoint, California.

    ___/s/_____
    Montgomery Calderwood
    Legal Assistant.