```
1  STEPHEN F. JOHNSON, SBN 205244
   MANNON, KING AND JOHNSON
2  200 North School Street, Suite 304
   Post Office Box 419
3  Ukiah, California 95482
   Telephone:  (707) 468-9151
4  Facsimile:   (707) 468-0284

5  Attorneys for Claimants
   Gary R. Button and Wendy Anne Fetzer
6
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED at 3602 THOMAS ROAD MIRANDA, CALIFORNIA, HUMBOLDT COUNTY, APNs 221-091-021 and 221-091-023<br><br>　　　　　Defendant. | Case No. CV 08-3080 JSW<br><br>ANSWER OF CLAIMANTS GARY R. BUTTON AND WENDY ANNE FETZER TO PLAINTIFF'S COMPLAINT |

Claimants Gary R. Button and Wendy Anne Fetzer (collectively "Claimants") answer plaintiff's complaint ("Complaint") filed on June 25, 2008, as follows:

## **JURISDICTION**

1. Paragraph 1 states a legal conclusion to which no response is required.

2. Paragraph 2 states a legal conclusion to which no response is required.

## **PARTIES**

3. Claimants admit paragraph 3.

Answer of Claimants Gary R. Button
and Wendy Anne Fetzer　　　　　1

4. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraphs 4 subsections a through c, and on that ground deny them. Claimants admit paragraph 4(d).

### VENUE

5. Claimants admit paragraph 5.

### INTRADISTRICT ASSIGNMENT

6. Claimants admit paragraph 6.

### FACTS

7. Claimants incorporate their responses to paragraphs 1 through 6 as though fully set forth herein.

8. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 8, and on that ground deny them.

9. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 9, and on that ground deny them.

10. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 10, and on that ground deny them.

11. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 11, and on that ground deny them.

12. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 12, and on that ground deny them.

13. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 13, and on that ground deny them.

14. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 14, and on that ground deny them.

15. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 15, and on that ground deny them.

16. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 16, and on that ground deny them.

17. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 17, and on that ground deny them.

18. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 18, and on that ground deny them.

19. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 19, and on that ground deny them.

## CLAIM FOR RELIEF

20. Claimants incorporate their responses to paragraphs 1 through 19 as though fully set forth herein.

21. Paragraph 21 states a legal conclusion to which no response is required.

22. Claimants deny that plaintiff is entitled to relief as it relates to their interest in the real property and improvements located at 3602 Thomas Road, Miranda, California identified by Humboldt County Assessor's Parcel Numbers 221-091-021 and 221-091-023 and more particularly described in Exhibit D to the Complaint (the "Property"). Claimants lack information and belief sufficient to enable them to answer the remaining allegations stated in paragraph 22.

## PRAYER FOR RELIEF

23. Claimants lack information and belief sufficient to enable them to answer the allegations stated in paragraph 23, and on that ground deny them.

## AFFIRMATIVE DEFENSES

24. Claimants allege the following affirmative defenses to the allegations set forth in the Complaint:

Answer of Claimants Gary R. Button
and Wendy Anne Fetzer                        3

**FIRST AFFIRMATIVE DEFENSE**

25. Claimants are "innocent owners" as the term is used in 18 U.S.C.A. § 983(d), and the case law interpreting the same, therefore Claimants' interest in the Property is not subject to forfeiture.

**SECOND AFFIRMATIVE DEFENSE**

26. Forfeiture of Claimant's interest in the Property would constitute an unconstitutional taking of Claimants' vested and recorded interest in the Property.

**AFFIRMATIVE DEFENSE PRAYER FOR RELIEF**

27. WHEREFORE, Claimants request that Claimants' interest in the Property not be forfeited under any forfeiture statute. Should plaintiff prevail on its action and acquire an interest in the Property, then plaintiff should take the Property subject to Claimants' interest in the Property.

Dated: August 15, 2008.

Respectfully submitted,

MANNON, KING AND JOHNSON

By: /s/ Stephen F. Johnson
       Stephen F. Johnson

Attorneys for Claimants Gary R. Button and Wendy Anne Fetzer

Answer of Claimants Gary R. Button
and Wendy Anne Fetzer                4


# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Mendocino, State of California, where this service occurs. I am over the age of eighteen years and not a party to the within action. My business address is Law Office of Mannon, King and Johnson, Post Office Box 419, Ukiah, California 95482.

On **Aug 15, 2008** I served the attached foregoing document, namely, Answer of Claimants Gary R. Button and Wendy Anne Fetzer to Plaintiff's Complaint on the individual(s) listed below:

**X** (BY MAIL) I mailed the document(s) listed above, with prepaid postage thereon, by placing them in the U.S. mail at Ukiah, California.

___ (BY FAX) by transmitting the document(s) listed above via facsimile from (707)468-0284

___ (BY OVERNIGHT DELIVERY) I forwarded the document(s) listed above via prepaid Federal Express delivery from Ukiah, California.

___ (BY PERSONAL SERVICE) I personally hand-delivered the document(s) listed above to the individuals whose name and addresses are set forth below.

**AUSA Susan B. Gray**
**United States Attorney's Office**
**Northern District of California**
**450 Golden Gate Avenue, 10th Fl, Box 36055**
**San Francisco, CA 954102**

**Courtesy Copy to:**
**Honorable Jeffrey S. White**
**United States District Court**
**450 Golden Gate Avenue**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on **August 15, 2008**, in Ukiah, California.

　　　　　　　　　　　　　　　　　　　　/s/ Gretchen Anderson
　　　　　　　　　　　　　　　　　　　**Gretchen Anderson**
　　　　　　　　　　　　　　　　　　　**Legal Assistant**