```
Barry W. Meyer   [CSBN 51143]
131A Stony Circle
Suite 500
Santa Rosa, CA 95401
    Tel: 707-578-2303
    Fax: 707-578-2305
    E: BearLaw@prodigy.net

Attorney for
Mendocino Clearwater Corporation
John W. Brown
Judith B. Brown
```

FILED

08 AUG 25 PM 1:54

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>1. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITEHORN, CALIFORNIA, HUMBOLDT COUNTY, APN 215-172-045;<br><br>2. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 441 PAR AVENUE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY, APN 077-221-006;<br><br>3. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 488 EEL RIVER LANE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY, APN 077-092-011;<br><br>4. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3602 THOMAS ROAD, MIRANDA, CALIFORNIA, HUMBOLDT COUNTY, APNs 221-091-021 and 221-091-023,<br><br>           Defendants. | NO. CV 08-3080 ~~WHA~~ JSW<br><br>**NOTICE OF REPRESENTATION MENDOCINO CLEARWATER, CORPORATION; JOHN W. BROWN; JUDITH B. BROWN.** |

---

Notice of Representation
Mendocino Clearwater, Inc.
John W. And Judith B. Brown

Page 1 of 2

1  TO THE COURT and all interested parties, please be
2  advised that Mendocino Clearwater Corporation, John W. Brown,
3  and Judith B. Brown, is appearing in the above entitled action
4  by and through the representation of Barry W. Meyer, 131A
5  Stony Circle, Suite 500, Santa Rosa, CA 95401, Telephone: 707-
6  578-2303; Facsimile: 707-578-2305; Email: BearLaw@prodigy.net.

Dated: August 22, 2008

*/s/ Barry W. Meyer*
Barry W. Meyer
Attorney for
Mendocino Clearwater Corporation
John W. Brown
Judith B. Brown

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he an attorney at law in the State of California, and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he caused a copy of ANSWER TO COMPLAINT to be served via U.S. mail upon the person(s) below at the place(s) and address(es) shown, which is the last known address:

Joseph P. Russoniello
Susan B. Gray
Office of the United States Attorney
450 Golden Gate Avenue, 9$^h$ Floor
San Francisco, California 94102


Robert Juan
P. O. Box 597
Whitehorn, California 95589


Robert Gary butler
4888 Eel River Lane
Redway, California 95560


D. G. And Sydell Fowler
441 Par Avenue
Redway, California 95560


James Bustamante                    For: Donovan & Lynn Henry
Bustamante, Gilg, et al.,
809 Montgomery Street 2$^d$ Floor
San Francisco, California 94133

```
Redwood Trust Deed Services, Inc.
1260 North Dutton Avenue
Suite 185
Santa Rosa, California 95401


Kenneth Barton
Gladys La June Swinnock
515 Hilltop Drive
Rio Dell, California 95562-1413


Eugene Cowan Denson                 For: Syd & Barbara Green
P. O. Box 158                            Fowler Family Trust
Alderpoint, California 95511


Ismail Jomo Ramsey                  For: Alisha Stone
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, California 94710


Stephen Johnson                     For: Selzer Home Loans
200 North School Street                  Gary Button
Suite 304                                Wendy Ann Fetzer
Ukiah, California 95482
```

and to be served via electronic mail upon the person(s) below at the place(s) and address(es) shown, which is the last know address:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed August 22, 2008, at Santa Rosa, California.

_____
Barry W. Meyer, Attorney at Law