JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:  415.436.6748
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CV 08-3080 EMC |
|                      Plaintiff, | |
|          v. | CERTIFICATE OF SERVICE |
| 1. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITETHORN, CALIFORNIA, HUMBOLDT COUNTY APN: 215-172-045; | |
| 2. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 441 PAR AVENUE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY APN: 077-221-006; | |
| 3. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 448 EEL RIVER LANE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY APN: 077-092-011; and | |
| 4. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3602 THOMAS ROAD, MIRANDA, CALIFORNIA, HUMBOLDT COUNTY APNs: 221-091-021 and 221-091-023; | |
|                    Defendants. | |

1  The undersigned hereby certifies that she is an employee in the Office of the United States

2  Attorney and is a person of such age and discretion to be competent to serve papers.  The

3  undersigned further certifies that she caused a copy of :

4  • ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT

5  to be served via U.S. mail upon the person(s) below at the place(s) and address(es) which is

6  the last known address(es):

| | |
|---|---|
| Robert Juan<br>PO Box 597<br>Whitethorn, CA 95589 | James Bustamante, Esq.<br>Bustamante, Gilg, et. al.<br>809 Montgomery St., 2nd floor<br>San Francisco, CA, 94133<br>(Attorney for Donovan & Lynn Henry) |
| Robert Gary Butler<br>488 Eel River Lane<br>Redway, CA 95560 | Redwood Trust Deed Services, Inc.<br>1260 N. Dutton Avenue, Suite 185<br>Santa Rosa, CA 95401 |
| D.G. and Sydell Fowler<br>441 Par Avenue<br>Redway, CA 95560 | Kenneth Barton & Gladys La June Swinnock<br>515 Hilltop Dr<br>Rio Dell, CA 95562-1413 |

and to be served via electronic mail upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Eugene Cowan Denson, Esq.<br>P.O. Box 158<br>Alderpoint , CA 95511<br>(Attorney for Syd & Barbara Green) | Eugene Cowan Denson, Esq.<br>P.O. Box 158<br>Alderpoint , CA 95511<br>(Attorney for Fowler Family Trust) |
| Ismail Jomo Ramsey<br>Ramsey & Ehrlich LLP<br>803 Hearst Avenue<br>Berkeley , CA 94710<br>(Attorney for Alisha Stone) | Stephen Johnson, Esq.<br>200 N. School Street, #304<br>Ukiah, CA 95482<br>(Attorney for Selzer Home Loans) |
| Stephen Johnson, Esq.<br>200 N. School Street, #304<br>Ukiah, CA 95482<br>(Attorney for Gary Button and Wendy Ann Fetzer) | Barry Meyer, Esq.<br>131 Stoney Circle<br>Santa Rosa, CA 95401-9522<br>(Attorney for John & Judith Brown) |
| Barry Meyer, Esq.<br>131 Stoney Circle<br>Santa Rosa, CA 95401-9522<br>(Attorney for Mendocino Clearwater Corporation) | |

CERTIFICATE OF SERVICE         2
CV 08-3080 EMC

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed this 2nd day of September, 2008, at San Francisco, California.

5  Dated: September 2, 2008 _____/S/_____
                                            ALICIA CHIN
6                                           Paralegal/ AFU