Mark D. Eibert  (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney seeking appointment for: Claimaint Robert Butler

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          vs.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 488 EEL RIVER LANE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY, APN 077-092-011,<br><br>      Defendant. | CV 08-03080 JSW<br><br>[~~PROPOSED~~] ORDER TO FILE FINANCIAL AFFIDAVIT UNDER SEAL |

Good cause appearing therefore, it is hereby ORDERED that Claimant Robert Butler's Financial Affidavit shall be filed under seal by the Clerk of the Court.

     IT IS SO ORDERED.

Dated: October 14, 2008

_____
UNITED STATES DISTRICT JUDGE