1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2
3 BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
4 SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney
5
6 450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
7 Telephone: (415) 436-7324
Facsimile: (415) 436-7234
8 Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 1. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITETHORN, CALIFORNIA, et al., <br><br> Defendants. <br><br> Wendy Anne Fetzer, Gary R. Button, Fowler Family Trust, Syd and Barbara Green, Mendocino Clearwater Corporation, John W. Brown, Judith B. Brown, Robert Butler, Donovan and Lynn Henry, and Alishia Stone, <br><br> Claimants. | No. C 08-3080 JSW <br><br> [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

GOOD CAUSE APPEARING, the Case Management Conference scheduled for June 19, 2009, is continued to  October 23 , 2009, at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 15, 2009

_/s/ Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-1-