JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:  415.436.6748
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1.  REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITETHORN, CALIFORNIA, HUMBOLDT COUNTY, APN 215-172-045;<br><br>2.  REAL PROPERTY AND IMPROVEMENTS LOCATED AT 441 PAR AVENUE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY, APN 077-221-006;<br><br>3.  REAL PROPERTY AND IMPROVEMENTS LOCATED AT 488 EEL RIVER LANE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY, APN 077-092-011; and<br><br>4.  REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3602 THOMAS ROAD, MIRANDA, CALIFORNIA, HUMBOLDT COUNTY, APNs 221-091-021 and 221-091-023,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C-08-3080 JSW<br><br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT REAL PROPERTY AND IMPROVEMENTS LOCATED AT 3602 THOMAS ROAD, MIRANDA, CALIFORNIA, HUMBOLDT COUNTY, APNS 221-091-021 AND 221-091-023** |

    The parties to this stipulation are described as follows: Plaintiff is the United States of

America.  Defendant is Real Property and Improvements located at 3602 Thomas Road, Miranda,

California, identified by Humboldt County Assessor's Parcel Numbers 221-091-021 and 221-091-023 (hereinafter "defendant Thomas property").  Robert Juan and Alishia Stone are the owners of record for defendant Thomas property.  Robert Juan has not filed a claim and answer as to the defendant property.  Alishia Stone, represented by Ismail Ramsey, has filed a claim and answer as to the defendant Thomas property.  The following lien holders, have filed a claim and answer to the defendant Thomas property:

1.  Mendocino Clearwater Corporation, represented by Barry M. Meyer;

2.  John Brown and Judith Brown, represented by Barry M. Meyer;

3. Gary Button and Wendy Anne Fetzer, represented by Stephen F. Johnson.

Counsel for the United States and counsel for the claimants, listed above, agree, subject to the Court's approval, that this action be and hereby is dismissed as against defendant Thomas property pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated: June 26, 2009             _____/S/_____
                                 STEPHEN F. JOHNSON
                                 Attorney for claimants Wendy Anne Fetzer and
                                 Gary R. Button

Dated: June 26, 2009             _____/S/_____
                                 BARRY M. MEYER
                                 Attorney for claimants Mendocino Clearwater
                                 Corporation, John and Judith Brown

Dated: June 30, 2009             _____/S/_____
                                 ISMAIL RAMSEY
                                 Attorney for claimant Alishia Stone

                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney

                                 _____/S/_____
Dated: July 21, 2009             SUSAN B. GRAY
                                 Assistant United States Attorney

Upon consideration of the foregoing, it is by the Court on this 27  day of July_____, 2009, ordered that the case against defendant Real Property and Improvements Real Property and

Stipulation and Order of Dismissal
C 08 -3080 JSW                    2

1  Improvements located at 3602 Thomas Road, Miranda, California, identified by Humboldt

2  County Assessor's Parcel Numbers 221-091-021 and 221-091-023 is dismissed pursuant to Rule

3  41(a)(2), Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and

4  costs.

5  IT IS SO ORDERED.

6

7  DATED: July 27____, 2009  _____

8  JEFFREY S. WHITE
   United States District Judge