| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | SUSAN B. GRAY (CSBN 100374)<br>Assistant United States Attorney |

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-7234
Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>1. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITETHORN, CALIFORNIA, et.al.,<br><br>　　　　Defendants.<br><br>Fowler Family Trust, Syd and Barbara Green, Mendocino Clearwater Corporation, Robert Butler, Donovan and Lynn Henry, and Alishia Stone,<br><br>　　　　Claimants. | No. C 08-3080 JSW<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

GOOD CAUSE APPEARING, the Case Management Conference scheduled for October 23, 2009, is continued to  February 19 , 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated: October 16, 2009

_____
JEFFREY J. WHITE
UNITED STATES DISTRICT JUDGE

-1-