JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-7234
Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. 1. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITETHORN, CALIFORNIA, et.al., Defendants. Fowler Family Trust, Syd and Barbara Green, Robert Butler, Donovan and Lynn Henry, Claimants. | No. CV 08-3080 JSW [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

GOOD CAUSE APPEARING, the Case Management Conference scheduled for August 13, 2010, is continued to October 29, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated: August 4, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE.

-1-