MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7324
    Facsimile: (415) 436-7234
    Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REAL PROPERTY AND ) <br> IMPROVEMENTS LOCATED AT 15000 ) <br> BRICELAND THORN ROAD, ) <br> WHITETHORN, CALIFORNIA, ) <br> HUMBOLDT COUNTY, APN 215-172- ) <br> 045, ) <br> ) <br> Defendant. ) | No. CV 08-3080 JSW <br><br> STIPULATION AND [PROPOSED] ORDER DISMISSING CIVIL FORFEITURE COMPLAINT AGAINST DEFENDANT REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITETHORN, CALIFORNIA, HUMBOLDT COUNTY, APN 215-172-045 |

    The parties to this Stipulation are as follows: Plaintiff is the United States of America. Defendant is Real Property and Improvements Located at 15000 Briceland Thorn Road, Whitethorn, California, identified by Humboldt County, Assessor's Parcel Number 215-172-045 (hereinafter "defendant Briceland property"). Donavan and Lynn Henry are the owners of record for defendant Briceland property and have filed a claim asserting their interest in the property. Sydney and Barbara Green have also filed a claim asserting an interest in the defendant Briceland property based upon a deed of trust they hold on the defendant Briceland property. Sydney and

1  Barbara Green have filed a Notice of Default and Election to Sell Under Deed of Trust in
2  Humboldt County, based upon the deed they hold on the defendant Briceland property.
3      Counsel for the United States, counsel for claimants listed above and the claimants agree,
4  subject to the Court's approval, that, because of the lack of equity in the defendant property, this
5  action be and hereby is dismissed as against defendant Briceland property pursuant to Rule
6  41(a)(2), Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and
7  costs.
8  IT IS SO STIPULATED.

DATED: ___ June 2010

DAVID MICHAEL
Attorney for Claimants
Donavan and Lynn Henry

DATED: ___ June 2010

Donavan Henry, Claimant

DATED: ___ June 2010

Lynn Henry

DATED: 22 July 2010

EUGENE DENSON
Attorney for Claimants
Sydney and Barbara Green

DATED: ___ June 2010

Sydney Green, Claimant

DATED: ___ June 2010

Barbara Green, Claimant

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: ___ June 2010

SUSAN B. GRAY
Assistant United States Attorney

//

1 Barbara Green have filed a Notice of Default and Election to Sell Under Deed of Trust in
2 Humboldt County, based upon the deed they hold on the defendant Briceland property.
3     Counsel for the United States, counsel for claimants listed above and the claimants agree,
4 subject to the Court's approval, that, because of the lack of equity in the defendant property, this
5 action be and hereby is dismissed as against defendant Briceland property pursuant to Rule
6 41(a)(2). Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and
7 costs.
8 IT IS SO STIPULATED.

9
10 DATED: ___ June 2010
11                                   DAVID MICHAEL
                                     Attorney for Claimants
                                     Donavan and Lynn Henry
12
13 DATED: ___ June 2010
                                     _____
                                     Donavan Henry, Claimant
14
15 DATED: ___ June 2010
                                     _____
                                     Lynn Henry
16
17 DATED: ___ June 2010
                                     EUGENE DENSON
18                                   Attorney for Claimants
                                     Sydney and Barbara Green
19
20 DATED: ___ June 2010              /s/ Sydney W Green
                                     Sydney Green, Claimant
21
22 DATED: ___ June 2010              /s/ Barbara Green
                                     Barbara Green, Claimant
23
24                                   JOSEPH P. RUSSONIELLO
   DATED: ~~June 2010~~ July 19, 2010 United States Attorney
25
26                                   /s/ Susan B. Gray
                                     SUSAN B. GRAY
27                                   Assistant United States Attorney
28 //

-2-

1 property based upon a deed of trust they hold on the defendant Briceland property. Sydney and
2 Barbara Green have filed a Notice of Default and Election to Sell Under Deed of Trust in
3 Humboldt County, based upon the deed they hold on the defendant Briceland property.
4     Counsel for the United States, counsel for claimants listed above and the claimants agree,
5 subject to the Court's approval, that, because of the lack of equity in the defendant property, this
6 action be and hereby is dismissed as against defendant Briceland property pursuant to Rule
7 41(a)(2), Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and
8 costs.
9 IT IS SO STIPULATED.

10 DATED: 26 July 2010

DAVID MICHAEL
Attorney for Claimants
Donavan and Lynn Henry

13 DATED: ___ June 2010

Donavan Henry, Claimant

15 DATED: ___ June 2010

Lynn Henry

17 DATED: ___ June 2010

EUGENE DENSON
Attorney for Claimants
Sydney and Barbara Green

20 DATED: ___ June 2010

Sydney Green, Claimant

23 DATED: ___ June 2010

Barbara Green, Claimant

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: ___ June 2010

SUSAN B. GRAY
Assistant United States Attorney

-2-

//

## [PROPOSED] ORDER

UPON CONSIDERATION OF THE FOREGOING, and good cause having been shown, it is HEREBY ORDERED THAT the civil forfeiture complaint against defendant Real Property and Improvements Located at 15000 Briceland Thorn Road, Whitethorn, California., identified by Humboldt County, Assessor's Parcel Number 215-172-045 is dismissed pursuant to Rule 41(A)(2), Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED

DATED: September 16, 2010

JEFFREY S. WHITE
United States District Court Judge