| | |
|---|---|
| 1 | MELINDA HAAG (CSBN 132612)<br>United States Attorney |
| 2 | J. DOUGLAS WILSON (DCBN 412811)<br>Acting Chief, Criminal Division |
| 3 | SUSAN B. GRAY (CSBN 100374)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, CA 94102 |
| 6 | Telephone: (415) 436-7324<br>Facsimile: (415) 436-7234 |
| 7 | Email: susan.b.gray@usdoj.gov |
| 8 | Attorneys for Plaintiff |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 08-3080 JSW |
| Plaintiff, | ) )  | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | ) ) | and |
| 1. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITETHORN, CALIFORNIA, et.al., | ) ) ) ) ) | (Proposed) ORDER<br><br>CMC Date: October 29, 2010<br>Time: 1:30 p.m. |
| Defendants. | ) ) | Courtroom 11, 19th Floor |
| Fowler Family Trust, Robert Butler, | ) ) | |
| Claimants. | ) | |

Plaintiff, United States of America and claimants, Fowler Family Trust and Robert Butler, by and through their respective attorneys, respectfully submit this request to continue the Case Management Conference.

This matter is currently set for a Case Management Conference on October 29, 2010. The parties stipulate and request a continuance for the reason set forth below.

-1-

The claimants to the remaining property in this action, 441 Par Avenue and 488 Eel River, (the Fowler Family Trust and Robert Butler) are still involved in settlement discussions with the United States. These discussions have been hampered by the outstanding criminal charges pending against individuals who were, with Mr. Butler and Ms. Fowler, alleged co-owners of an alleged large rural marijuana grow site, and the ongoing criminal investigation. The next appearance in the criminal cases pending before Judge Breyer is November 10, 2010. Although, neither of the claimants in this action have been charged yet, the United States and the remaining claimants agree that a final settlement in this case would be unlikely before the criminal cases are concluded. Absent a continuance, the claimants will seek a stay of the civil action so that they will not be forced to chose between complying with discovery in this case and exercising his privilege against self-incrimination in a criminal investigation

The parties respectfully request that the case management conference set for October 29, 2010, be continued to allow for continued settlement discussions and the conclusion of the criminal cases. The parties have conferred regarding their respective schedules and suggest March 18, 2011, at 1:30 as an alternative date.

DATED: October 21, 2010

_____/s/_____
SUSAN B. GRAY
Assistant United States Attorney

DATED: October 21, 2010

_____/s/_____
EUGENE DENSON
Attorney for Claimants Fowler Family Trust,
and Syd and Barbara Green

DATED: October 21, 2010

_____/s/_____
MARK EIBERT
Attorney for Claimant Robert Butler

```
1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  J. DOUGLAS WILSON (DCBN 412811)
   Acting Chief, Criminal Division
3  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
4
       450 Golden Gate Ave., Box 36055
5      San Francisco, CA 94102
       Telephone: (415) 436-7324
6      Facsimile: (415) 436-7234
       Email: susan.b.gray@usdoj.gov
7
   Attorneys for Plaintiff
8
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C 08-3080 JSW |
| Plaintiff, ) | |
| ) | (Proposed) ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. ) | |
| 1. REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITETHORN, CALIFORNIA, et.al., ) | |
| Defendants. ) | |
| Fowler Family Trust, Robert Butler, ) | |
| Claimants. ) | |

GOOD CAUSE APPEARING, the Case Management Conference scheduled for October 29, 2010, is continued to <u>March 18</u>, 2011, at <u>1:30 p.m</u>.

IT IS SO ORDERED.

Dated: October 22, 2010

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-1-