**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 15000 BRICELAND THORN ROAD, WHITEHORN, CALIFORNIA, HUMBOLT COUNTY, APN 215-172-045, et al.<br><br>　　　　Defendants. | No. C 08-03080 JSW<br><br>**ORDER VACATING ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

　　　Upon further consideration of the Motion for Attorneys' fees, the Court HEREBY VACATES the Order of Referral.

　　　**IT IS SO ORDERED.**

Dated: June 29, 2011

　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk