UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>REAL PROPERTY AND IMPROVEMENTS LOCATED AT 488 EEL RIVER LANE, REDWAY, CALIFORNIA, HUMBOLDT COUNTY, APN 077-092-011,<br><br>    Defendant. | CV 08-03080 JSW<br><br>[PROPOSED] ORDER RE ATTORNEYS' FEES |

The court-appointed attorney for the claimant in this civil asset forfeiture case has filed a motion seeking attorneys' fees in the amount of $7,940.40, to which the government does not object. As the rate of compensation and hours worked and billed for appear reasonable, it is hereby ORDERED that:

1.  The claimant's motion for allowance of attorneys' fees is GRANTED, and

2.  Judgment for attorneys' fees in the amount of $7,940.40 is entered in favor of the Legal Services Corporation and against the United States.

/ / /

/ / /

IT SO ORDERED.

Dated: July 1_____, 2011

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE